JS-6

ERIK GUNDERSON, Bar No. 171982
Email: Erik@charltonweeks.com
CHARLTON WEEKS LLP
1031 West Avenue M-14, Suite A
Palmdale, CA 93551-1457
Telephone: (661) 265-0969
Facsimile: (661) 265-0969

Attorneys for Plaintiff Ernest Romero

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST ROMERO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONERS, LLC, a Nevada Limited Liability Corporation; and DOE One through One Hundred inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-04255-PA (ASx)<br><br>Assigned to Hon. Percy Anderson<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

For good cause shown, pursuant to Federal Rule of Civil Procedure 41, the Court dismissed the above-captioned action with prejudice.

Dated: October 20, 2017

_____
HON. PERCY ANDERSON
United States District Judge

1
**ORDER ON STIPULATION FOR DISMISSAL**